**CONG NIE**
**BANES HOREY NIE & MILLER, LLC**
**First Floor, Macaranas Building**
**4165 Beach Road, Garapan**
**P.O. Box 501969**
**Saipan, MP 96950**
**Tel.: (670) 234-5684**
**Email: dnie@pacificlawyers.law**
*Attorneys for Petitioner Zijian Li*

F I L E D
Clerk
District Court

MAY 23 2026

for the Northern Mariana Islands
By_____ *JP*
(Deputy Clerk)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **ZIJIAN LI,** )<br>)<br>)<br> **Petitioner,** )<br>)<br> **vs.** )<br>)<br>)<br>**SERGIO ALBARRAN, et al.,** )<br>)<br>)<br>)<br> **Respondents.** )<br>)<br>_____) | **Case No. 1:26-cv-00008**<br><br>**VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)** |

Before the Court is the petitioner and respondents' stipulation to dismiss this matter without prejudice. (ECF No. 5.) Because all the parties in this action have stipulated to a dismissal, this case is DISMISSED without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A) – (B).

All filing deadlines and hearings are hereby vacated, and the clerk is directed to close the case.

IT IS SO ORDERED this 23rd day of May, 2026.

RAMONA V. MANGLONA
Chief Judge

1